MAY 14 2026 PM 3:09
FILED - USDC - BPT - CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**COMPLAINT FORM**

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

*Robin Hilary White*

v.

*Kristan Exner-Sullivan*

Case No. _____
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

### A. PARTIES

1. *Robin Hilary White* is a citizen of _____ *CT* _____ who
(Plaintiff)    (State)
presently resides at ___ *752 Park Ave Brideport* ___. *Conflicting*
(mailing address)    *Fairfield* *She has*
*East Haven* *changed*

2. Defendant *Kristan Exner-Sullivan* is a citizen of __ *?* *CT* __ *addresses*
(name of first defendant)    (State)
whose address is _ *1700 Post Rd, E8, Fairfeld CT, 06824 phone #'s*

3. Defendant _Kristy Lechterberg_ is a citizen of ___CT ?___
(name of second defendant)                              (State)

whose address is ___1700 Boston Post Rd. Fairfield CT. 06824___

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**

The jurisdiction of this court is invoked pursuant to: (list statute(s))

(correct me if I'm wrong) Social Security

___Will try to apply as time allows. 680-850 + Disability___
___Case docket # 25-00406 Middletown CT___
60-393

**C. NATURE OF THE CASE**

BRIEFLY state the background of your case.

Court Appointed Conservator / Payee over my Financial and Health Sept 25, 2035 (Robin White) I've had Bank of America over 33yrs. I have never seen any thing so Evil, Manipulative, No responsibly for actions. Would rather lie to judge than Claim the 5th; Hence, Contempt of Probate Court. Please, I am begging you to help me get this vicious Woman out of my life + Stop harassing my family Thank you your Honor,

Respectfully yours
Robin H. White  5/14/26

**D. CAUSE OF ACTION**

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Attorney Abusive - Coertion - Lies after Lies, Manipulitive, Over bearing, threatening, even the Paralegals of Indout Law

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

I have a Cort Appointed Attorney Middletown ~~Superior~~ Probate ~ James Callighan 860-257-1667

My lifes belongings went to a Storage in Middletown = B&M Logistics. If not paid + moved today 5/14/25 - I will own nothing - Conservator claims they bring some of my belongings.

**Claim II:** Middletown CT was where I was living, in part I am now living in Bridgeport, in Sept 2 2025 I was assaulted

Supporting Facts: by a man — thats when the Conservators jumped into my life

I been assaulted 3x in middletow 2025

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

Please CEASE + DESIST ON my Belongings from B+M logistics - Storage on "Industrial Park" Ms Exner said to Probate Judge she would Protect" then she put through a Sell + Dispose, Please Remove her as my Conservator, I had a Credit Score of 700, good References

## F. JURY DEMAND

Do you wish to have a jury trial? Yes    No

If necessary, I filed Complaints with Bar Association, Attorney General, Inspector General, + Social Security Inspector General + the Trump Administration Please help me. Regards Robert H. White

Cell # 860-834-6135

bengal 22322 agmail.com

Self Rep. Robin H. White "W" Robin H White

_____     _____
Original signature of attorney (if any)     **Plaintiff's Original Signature**

Robin H. White
_____
Printed Name

Printed Name Kristan Exter Sullivan
"D" 752 Park Ave
Bridgeport, CT 06607
860 834 6135

(   )
Attorney's full address and telephone          Plaintiff's full address and telephone

Email address if available          Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Bridgeport, CT_ on _5/14/26_ .
        (location)            (date)

Robin H. White
_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

**COMPLAINT AGAINST ATTORNEY
(GRIEVANCE COMPLAINT)**

JD-GC-6  Rev. 3-23
P.B. § 2-32(a)

| For information on ADA accommodations, contact a court clerk or go to: ***www.jud.ct.gov/ADA.*** |
|---|

*Cause of ACTon*

**STATE OF CONNECTICUT
SUPERIOR COURT**
*www.jud.ct.gov*

Read the *Instructions* for this complaint before filling it out.
Complaints that are not filled out correctly will be returned to you.

| After filling out this complaint, mail the original and 6 copies of it to: Statewide Bar Counsel Statewide Grievance Committee 999 Asylum Avenue, Fifth Floor, Hartford, CT 06105 |
|---|

**1.  Complainant's (person making complaint against attorney) Information.**
*A separate complaint form must be filled out for each Complainant.*

Name (*First, Middle, Last*)
☐ Mr.  ☐ Mrs.  ☑ Ms.  ☐ (Other)   Robin H. White

Address   752 Park Ave, Bridgeport CT

Telephone number  860-834-6135

Email address (*optional*)  bengal22322@gmail.com

**2.  Information about the attorney you are making a complaint against. Do not name a law firm.**
*A separate complaint form must be filled out for each attorney you are complaining about.*

Name (*First, Middle, Last*)  Kristan Exner-Sullivan  #04

Address  PO Box 120217 East Haven CT 06512   +associates, law

Telephone number  203-416-6142

Attorney's juris number (*if known*)

Email address (*if known*)  Kristan@trident   203 403 3997 FAX

**3.  Explain how you are connected to the attorney.**

☐ I hired/retained the attorney. Dates of representation:  Sept 25, 2025  to  Present

☐ The court appointed the attorney to represent me. Date attorney was appointed by the court:  _____

☐ The court appointed the attorney to represent my children.  Date attorney was appointed by the court:  _____

☐ The attorney represented the other side against me in a matter.

☐ The attorney was the prosecutor in my criminal case.

☑ Other (*Explain*):  Court Appointed Conservator/Payee   (Another Sheet)

**4.  Have you ever filed a complaint against this attorney with the Statewide Grievance Committee?**

☑ Yes.  Give the name and grievance number of each complaint that you have filed:  Emails, Phone calls, texts, etc. Also through the Attorney General's Office

☐ No

**5.  Information if your complaint is about the attorney's conduct in a lawsuit or a criminal case.**

Name of lawsuit or criminal case  PROBATE COURT / CONTEMPT OF COURT

Docket number

Courthouse location  DEFAMATION OF CHARACTER  EXTORTION - MISUSE FEDERAL FUNDS.

Your connection to the lawsuit or criminal case (*for example: plaintiff, defendant, witness*)  Plaintiff/Victim

---

*Do Not Write in This Area — For Statewide Bar Counsel Use Only*   ~~ELDERLY ABUSE~~

File Date:  ~~ABUSE~~

Complaint number:  _____

Referred to:  _____

_____

6. **Type of legal work done by the attorney in the matter that led to this complaint.  Select all that apply.**

☐ Criminal law                    ☐ Family law/Divorce            ☐ Personal injury/Wrongful death/Malpractice

☐ Personal real estate matter     ☐ Business or corporate matter  ☑ Estate planning/Elder law/Probate

☐ Workers' compensation           ☐ General civil claims          ☐ Immigration matter

☐ Arbitration or mediation        ☐ Collection matter

☐ Other (Explain): _____

7. **Type of complaint.  Select all that apply.  You must still explain your complaint in detail in question 10.**

☑ Neglect, diligence or competence issues       ☑ Misused funds or other property

☐ Charged too high a fee                        ☑ Did not safeguard money or property

☐ Did not return records                        ☑ Confidentiality issues

☑ Fraud or misrepresentation issues             ☑ Conflict of interest

☑ Communication issues                          ☑ Did not obey a court order

☐ Improper withdrawal                           ☐ Did not pay a judgment

☑ Harassment                                    ☐ Other (Explain):  *A-Z eAL →*

8. **Have you paid the attorney any legal fees for the matter complained about or has any other person paid the attorney any legal fees for the matter for you?**

*CONSERVATORSHIP WITHOLDIN MY DISABICTY*

☐ Yes. Amount the attorney charged you: _____

Amount paid to the attorney by you or by another person for you: _____

☐ The matter involved a contingency fee that has not been paid.

☐ No.     *would not pay my Rent (Apt) or my Storage Unit — Stole my belongings*

**Attach a copy of the fee agreement to this complaint.**

9. **Give a list of all witnesses that have information about your complaint. Attach additional sheets if necessary.**

| Name (First, Middle, Last) | Telephone number |
|---|---|
| *Witnesses from Middletwn → and MEDIA* | |
| Address *will begin list now →* | |
| Name (First, Middle, Last) | Telephone number |
| Address | |
| Name (First, Middle, Last) | Telephone number |
| Address | |

**10.   Give the details of your complaint in the order that they happened.  Attach additional sheets if necessary.**

**11.   Sign and date this complaint below.  Please use *blue ink*.**

| | Signature of Complainant | Date signed |
|---|---|---|
| ***Signed under penalties of false statement,*** | | |

**Be sure to read paragraph 11 of the Instructions before copying and filing your complaint.**

5/14/26

# Complaint Against Attorney
## Kristan Exner-Sullivan

Elicit use of Federal Funds

Elderly Abuse

Disability Abuse

Threatening / Harrasment

Gas Lighting

Undermining

Lack of Communitan

2x Moving change of address
of the Plaintiff / which
Resulted in 2x Malnutritioned—
Withholding Federal Funds
Credit Fraud. Repeatedly
Extremely Late Rent payments
that would extend to End
of Month — which created a
Rift with Property Manager
and Landlords.

Bribing

False Accusations

Selling and disposing of
Plaintiffs Belongings    (Ex)
& Theft — $1,000 — in Newfood

*[handwritten top margin: Copies for Judge of Probate.    Copies for Dr. Latif —]*

NOTICE OF HEARING
PC-130  REV. 07/20

**STATE OF CONNECTICUT**

**COURT OF PROBATE**

| COURT OF PROBATE, Middletown Probate Court | DISTRICT NO. PD15 | |
|---|---|---|
| IN THE MATTER OF<br><br>Robin White  (25-00406) | | DATE OF ORDER<br><br>**March 24, 2026** |

*[handwritten: Remove Replace Restore: Robin H. White]*

PETITIONER

KRISTAN K EXNER, TRIDENT LEGAL ASSOCIATES, LLC, 1700 POST ROAD, UNIT E-8, FAIRFIELD, CT 06824

| DATE OF HEARING<br><br>**April 15, 2026** | TIME OF HEARING<br><br>**1:00 PM** | PLACE OF HEARING<br><br>Middletown Probate Court<br>94 Court Street<br>Middletown, CT 06457 |
|---|---|---|

*[handwritten left: I want Exner out of my life my belongings need to be in 1 unit]*
*[handwritten right: Kristan Exner]*

ON THE PETITION FOR SELL OR DISPOSE HOUSEHOLD FURNISHINGS

AS OF RECORD APPEARS

*[handwritten: GUILTY OF CORRUPTION !  Sullivan]*

| BY ORDER OF<br>THE COURT | *[signature]* Angel S. Culley<br><br>Angel S. Culley, Assistant Clerk |
|---|---|

*[handwritten: (I DON'T WANT 2 STORAGE UNITS)]*

## NOTICE TO RECIPIENT

*[handwritten left: EXNER PROMISED JUDGE SHE WOULD →]*
*[handwritten right: PROTECT MY]*

A hearing has been scheduled on the above-referenced petition. This notice was sent to you because your interests in this matter may be affected by the court's decision on the petition. If you wish to be heard or seek further information, you should appear on the date and at the place and time set for the hearing.

*[handwritten: NOTIFIED SSA - TICKET # ASST?  BELONGINGS!]*

If you wish to attend this hearing, but are unable to do so because of physical incapacity, please call or write the Probate Court. The address and the telephone number of the court are: Middletown Probate Court, 94 Court Street, Middletown, CT 06457 (860) 347-7424.

*[handwritten: REMOVE JADE CONSULTING OR]*

You have the right to request a copy of the petition from the petitioner or the fiduciary, if any.

You also have the right to review and obtain documents in the court file during court hours except as restricted by law. The law requires the court to charge a fee for copies.

*[handwritten: RESTORE →]*

A copy of this notice of hearing was sent to the following as provided in the Probate Court Rules of Procedure, section 8.2:

**Name and Address**

River Valley Services ACT Team, Leak Hall, 399 Silver Street, PO BOX, Middletown, CT 06457
Jade Consulting Services LLC, PO Box 9548, New Haven, CT 06535 (by eService)
KRISTAN K EXNER, TRIDENT LEGAL ASSOCIATES, LLC, 1700 POST ROAD, UNIT E-8, FAIRFIELD, CT 06824 (by eService)
ADAM VINCENT LEARY, BENCH & LEARY PLLC, 781 BOSTON POST ROAD, P.O. BOX 1310, MADISON, CT 06443 (by eService)
Robin White, 8 Liberty St Apt 309, Middletown, CT 06457

*[handwritten: NOTIFY HOW?  NOTIFY HOW ???  CT INSIDER NEWS]*

*[handwritten bottom: I can't afford + can't tolerate 2 storage units / NO Communication / Exner will not talk to me / She will not work with me / LIED TO JUDGE AGAIN]*

NOTICE OF HEARING

PC-130

**INSTRUCTIONS FOR FILLING OUT THE
COMPLAINT AGAINST ATTORNEY
FORM JD-GC-6**

JD-GC-6  Rev. 3-23

| |
|---|
| *This form is available in other language(s).* |

**Read these instructions before filling out and filing the form. You may also find useful information in the pamphlet "Attorney Grievance Procedures in Connecticut," which is available at: http://www.jud.ct.gov/Publications/gc008.pdf**

1.  Fill out the form electronically. You can do that online at *http://www.jud.ct.gov/webforms/forms/gc006.pdf* and you can save it. If you cannot fill out the form online, then fill it out by printing in ink only. If we cannot read your complaint, it will be returned to you. Keep a copy of the complaint for your records.

2.  The form must be filled out in English.

3.  An original complaint form must be filed by each complainant (the person making the complaint against the attorney) and against each attorney.

4.  Attach to your complaint copies of any documents that are important to prove your complaint. Do not file originals of the attachments (they will not be returned to you).  Do not highlight your attachments. Do not send CDs, DVDs, thumb drives, or any solid state drive with your complaint.

5.  Each complainant must file an original complaint and 6 copies of each complaint that is filed. This includes attachments. Attachments must be attached to the original and each of the copies of the complaint. Each complaint and set of attachments must be identical and put in the correct order. If the documents that are filed do not meet these requirements, they will be returned to you.

6.  Do not include personal identifying information or hospital, psychiatric or medical records with your complaint. "Personal Identifying Information" is defined in Section 4-7 (a) of the Connecticut Practice Book:

    Personal identifying information means an individual's date of birth; mother's maiden name; motor vehicle operator's license number; Social Security number; other government issued identification number except for juris, license, permit or other business related identification numbers that are otherwise made available to the public directly by any government agency or entity; health insurance identification number; or any financial account number, security code or personal identification number (PIN).

    The use of personal identifying information and hospital, psychiatric and medical records in grievance matters is generally prohibited by the Statewide Grievance Committee and Grievance Panel Rules of Procedure:

    **Rule 1(F) of the Statewide Grievance Committee Rules of Procedure:**

    F. Grievance complaints filed with the Statewide Grievance Committee must be submitted on form JD-GC-6 and must contain an original and six copies. Any attachments must be properly collated and attached to the original and each copy of the complaint.  Grievance complaints and their attachments must not include personal identifying information as defined by Section 4-7 (a) of the Connecticut Practice Book or another person's hospital, psychiatric or medical records. The Complainant must redact [black out parts of] the complaint and its attachments to remove any personal identifying information. A Complainant who wants to file another person's hospital, psychiatric or medical records must say in the complaint how the documents are relevant and will help prove the complaint. The proposed hospital, psychiatric or medical records accompanying the complaint must be submitted in a sealed envelope labeled "proposed hospital, psychiatric or medical records."  If the complaint is forwarded to a grievance panel for investigation under Section 2-32 (a) (1) of the Connecticut Practice Book, the grievance panel will review the statement and follow Rule 1(I) of the Grievance Panel Rules of Procedure. If the Complainant is Disciplinary Counsel, the Statewide Bar Counsel, the Statewide Grievance Committee or a reviewing committee thereof, or a Grievance Panel, then any records, including hospital, psychiatric or medical records as well as records containing personal identifying information may be included in the initial grievance complaint without an offer of proof.  Materials that do not meet these requirements will be returned.

    **Rule 1(H) and (I) of the Grievance Panel Rules of Procedure:**

    H.  Except for materials filed by Disciplinary Counsel, the Statewide Bar Counsel, the Statewide Grievance Committee or a reviewing committee thereof, or a Grievance Panel, no materials sent to the Grievance Panel investigating the complaint, including, but not limited to the complaint and the answer shall include personal identifying information as defined by Section 4-7 of the Connecticut Practice Book. The person filing any materials with personal identifying information must redact them. The Grievance Panel or its counsel may redact materials that do not follow this rule.

    I. Except for materials filed by Disciplinary Counsel, the Statewide Bar Counsel, the Statewide Grievance Committee or a reviewing committee thereof, or a Grievance Panel, no materials sent to the Grievance Panel investigating the complaint, including the complaint and the answer, shall include hospital, psychiatric or medical records. If a Complainant, Respondent or Disciplinary Counsel pursuing the matter under Section 2-32 (f) of the Connecticut Practice Book want to file a hospital, psychiatric or medical record with the Grievance Panel, then the record(s) must be filed in a sealed envelope, that has the case name and number and the name of the person filing it written on the envelope. The record(s) must be accompanied by a written statement explaining how the material(s) is relevant and how it will help prove the complaint or a defense to the complaint.

(1) The Grievance Panel and its counsel will determine whether the written statement of the person who filed the hospital, psychiatric or medical record(s) establishes that the material(s) is relevant and will help prove the complaint or a defense to the complaint. If the written statement does not demonstrate why the hospital, psychiatric or medical record(s) is relevant and how it will help prove the complaint or a defense to the complaint, the record(s) will be returned to the person who filed them, and no copy will be kept as part of the Grievance Panel's record.

(2) If the written statement establishes that the hospital, psychiatric or medical record(s) is relevant and will help prove the complaint or a defense to the complaint, then the Grievance Panel will review the record(s) with its counsel in private. If upon review of the record, the Grievance Panel determines that the record(s) is not relevant despite the written statement of the person filing it, then the record(s) will be returned and no copy will be kept as part of the Grievance Panel's record.

(3) If after reviewing the record(s) in accordance with subsection (2), the Grievance Panel determines that the that the record(s) is relevant but more harmful or prejudicial than helpful in proving the complaint or a defense to the complaint, then the record(s) will be returned to the person who filed them, and no copy of it will be kept as part of the Grievance Panel's record.  If the Grievance Panel decides that the record(s) is relevant and that it is more helpful in proving the complaint or a defense to the complaint than harmful or prejudicial, then it will become a part of the Grievance Panel record and Grievance Counsel will give a copy of it to the other participants.

Nothing in this rule prevents a Complainant, Respondent, Disciplinary Counsel or a witness from raising an objection to the use of any hospital, psychiatric or medical record.

7. In answering question 2 on the complaint form, give the name of the attorney, not a law firm who you are making the complaint against. It will help us identify the attorney named in your complaint if you give us the attorney's juris (bar identification) number. You can find an attorney's juris number at the Judicial Branch website at: *http://www.jud.ct.gov* under Attorneys.

8. In answering question 5 on the complaint form, you can look up a civil or family matter at: *http://civilinquiry.jud.ct.gov/.* You can look up a criminal matter at: *http://www.jud.ct.gov/crim.htm.*

9. If you answer "Yes" to question 8 on the complaint form, attach all bills and requests for payment from the attorney and proof of the amount you have paid. Be sure to attach to the complaint a copy of any fee agreement that you had with the attorney.

10. Remember to sign your complaint in blue ink.  Unsigned complaints will be returned to you. The complaint must be signed by the Complainant or the Complainant's legal representative (for example: attorneys and those with powers of attorney). If a complaint is signed by a legal representative, attach proof of that representation to the complaint (for example: a letter of representation or signed power of attorney). Grievance Counsel do not have to provide proof of representation when filing complaints on behalf of Grievance Panels. If a complaint is filed by a parent or legal guardian on behalf of a minor child, the person named as the Complainant should be the parent or legal guardian and the complaint should be signed by the parent or legal guardian.

11. Copying and filing the complaint. If you downloaded and filled out the complaint form online, then copy the complaint and attachments only (not the instructions) 6 times. If you filled out the complaint form by hand, remove the complaint from the instructions along the perforated edge, then copy all sides of  the complaint and attachments only (not the instructions) 6 times. Mail the original complaint and 6 copies to: Statewide Bar Counsel, Statewide Grievance Committee, 999 Asylum Avenue, Fifth Floor, Hartford, CT 06105.

CRIMES OF one                "D" cause of
(D) Kristan-Exner-Sullivan         Action
(P) by Robin H. White

Mishandling of US Mail +
Invasion of Privacy.
Because Ms Exner 2x changed
My Address though I
have not moved in 2 years
I have Received NO Mail
Since Feb 2, 2026.

Ms Exner has called my
Daughter on Christmas Day 2025
and lied to her.
She has even frustrated my
Daughters Father. he told me so.
~~They will~~ Ms Exner + her Staff
Never Appologize + Deny Stealing
When I have Proof + Evidence
Such as Receipts and cell phone
photos + Witnesses I had 20
operational ~~cell~~ cell phones.

"V" Cause of Action    4/16/26

Exner + her Cleaning Service = deliberattly targetted and stole my most essential belongings, food, jewelry, medical Necessaty Equipment, my NEW cleaning supplies, my NEW Shower Curtain, my NEW Bath Towels + washclothes × 4 each, my hair dryer, curling iron, around $1,000.= in New food, non parrishable, Brand NEW - FREEZER! (cleaned) food + frig was also cleaned - with exception of one pot of left over food, I had cleaned the inside from freezer to frig, shelves, doors, and I had a spill I had soaked with cleaners and rags to remove spill before I would put more NEW food In, I even defrost the freezer, every time I get new food + reorganize. they disorganized everything I own put my chandelier in black garbage bags with dirty clothes. Missing electrical (phone) equipment, my bedding sleeping bag my neck pillow, heating pads, $100's of my Daughters Christmas + Birthday Equipment. $100's of dollars of NEW Food I bought for my Daughter, All NEW Storage Containers they took, un opened, Most of my Coffee mugs, most good winter jackets, shoes, boots, they left me with the worst of all,

Thursday April 16, 2026

PG 4.

RHW

This Esther + her Staff ARE LIARS ± I have ALL THE PROOF I NEED + others to SERVE AS EVIDENCE ÷ BEYOND A REASONABLE DOUBT THEY ARE GUILTY OF ELDERLY ABUSE, CORRUPT, immoral, UNETHICAL ÷ GUILTY OF EXPLOITATION OF FEDERAL FUNDS, MISUSE OF FEDERAL FUNDS, COERSION, CONTEMPT OF COURT, DEFAMATION OF CHARACTER, VIOLATIONS OF ADA, VIOLATIONS and INVATIONS OF PRIVACY, GUILTY OF MISHANDLING MY U.S. MAIL, WITHOLDING SSA BENEFITS DISABILITY, THE LIST GOES ON + ON ÷

PLEASE RESTORE MY FINANCIAL CONTROL OF my SSA BENEFITS, IMMEDIATELY — I WANT MY BANK OF AMERICA Act. RESTORED my SRAA RENTAL UNIT PAID IN FULL + MY FUNDS SINCE 9/25/25 RELEASED →

4/16/26
Thursday April 2026
"D" Cause Of Action
Pg 5

PLEASE FORCE MS EXNER'S 9/14/26 (Rw)
MAND TO RELEASE MY "D" Thursday April
MONEY TO MY BANK OF —Cause of 2026
AMERICA (36 years + counting) DEBIT) Action pg 6
+ CHECKING ACCT. I would LIKE 1/2 of
my SSA Benefit of $994.00
TITE ABOVE, U HAVE ACCT #, + 1/2 ON MONTHLY ON
my WALMART MONEYCARD, Green Dot
BANK, I WANT EVERY PENNY
Exner has EXTORTED FROM me
Since Sept 25, 2025. Her Accounting
+ FIDICUARY REPORTS ARE NOT Accurate.
I also believe she is CHARGING THE STATE
of CT FOR work she has Not PERFORMED.
Ms Exner and her Staff of Trident
Legal Associates ARE LIARS, THIEVES
AND TOTALLY CORRUPT. Thank you!
Robin W. White ⟹ 860-358-6768 + 860-
860-358-6000 (Cell for Email, Text Voice) 834-6135

*(right margin, rotated):* bennyrobbceccept94048@gmail.com = my EMAIL

Cause of
Action   4/15/26 (RMH ✓)

Concerning Kristan Exner-
Sullivan + RVS/ACTIONHHS 2026
in Reference: Robin H. White
DoB 11/19/64

Pg 3

As has been the usual situation since 9/25/2
Neither Ms Exner or her Staff (especially my
assigned Paralegal ÷ Kristy Lackenberg) rarely
ever respond to what becomes numerous ÷ phone
calls, emails, text messages + voicemails. When a
response is acheived, it usually consists of lies,
accusations, threatening in nature, insults in the
form of Defamation of Character.

Communication on my end has essentially been
generated because they have taken all of my SSI
+DI and not given me much of my own money, and
litterally harrased me on how I spend my money.
Something Social Security has never done. Also,
primarily, for FAILURE TO PAY MY RENT AND
MY STORAGE UNIT. This in part, has also caused
me to have a frustrating relationships with my
Case worker, Housing director, Property manager + Landlord

On one occasion, Ms Exner hired a cleaning

FAX # 860-343-6728 3/19/26 DS Cause of Actio

pg 17

* URGENT * (Wed (March)

"D" Cause of Action (In the matter of Probate Robin H. White V Kristen Exner-Sullivan

* APPEAL PROBATE Court

RESTORE My OWN PAYEE ~

① VER SEEING MY ① wire Finances

③ Health Decisions etc.

Remove One Kristen Exner-Sullivan

as Conservator / Payee ×

If not acceptable to completely Restore to Robin H. White ÷ Change minimum ~ Request NEW DIFFERENT PAYEE + NEW Court Appt Atty.

Belongings from 8 Liberty
Apl #309, Middletown, ___
of Robin H. White: "D"
Cause of Action Return)

4/16/26
Thursday April
2026.
pg

Items I would need brought to me
at Middlesex Hospital asap :–　　of 3/3

I need behind the kitchen stove + under.
it was never cleaned when new stove was
installed, behind stove I dropped a
pair or more of my eyeglasses, 1 or more of
my hats, please sweep + look closely, a earpiece
to my eyeglasses went down there.

My Drivers License, Social Security card
my store Membership Cards, keys, etc.
All contents, business cards, membership
cards, etc. are along wall in kitchen,
in kitchen draws, in zip lock bags,
my Paperwork for DSS, Social Security etc
I was Organizing in Kitchen Cabinets.
The Kitchen cabinets and the counter draws
I was cleaning out + organizing my pocket
books + wallets Please bring to me.

In Reference Robin H. White   4/17/26
SROA ⇒ Storage Rentals   Friday, April
of America, location   RHW   2026
Main St., Portland OR, 1st right   Pg 1
off American Bridge ⇒ Unit #191   of 3

I, Robin H. White, would like
my Storage Unit Paid in full, please
possess with Regional Management
Portland site Manager   RHW   4/17/2
items I would see like   Robin H. White
have not complete   remove

to a new facility, along store my

Apartment Belongings

ASAP   I have many medical Necessities
items / Equipment + household + personal

(Class Action) (pg 6)

→ ASSIGN DIFFERENT PAYEE (3/19/26)
AT MINIMUM)(PREFER ÷ (Wed/March
APPEALING/ REQUESTING ÷ (RHW)

PLEASE RESTORE ROBIN H WHITE
OVER HER OWN FINANCES/HEALTH
DECISIONS Etc. I HAVE THE
EVIDENCE + PROOF OF ELDER ABUSE
DEFAMATION Of CHARACTER/Contemp,
OF COURT ⇒ LYING TO JUDGE
AT HEARINGS ⇒ BOTH CONSERVATORS
LIARS ⇒ ANDREA DANKO - RVS/ACT/DMA
LIAR ⇒ MARY ELLEN SHURROW ⇒
OF ST VINCENT DEPAUL 2 X's ⇒
SHE WAS NOT LISTED RN, PLEASE
HEARINGS - REMOVE HER

(pg 7)

Cause of Action (3/19/26)

I have enlisted the Help of Anthony Advocate → (Wed/March State of CT → Attorney Generals RM16) are Consumer Affairs → He Offered To have me Enlist → Executive Attorney General → Sandra Arenits- So far she has had a Supervisor of D.S.S. / EBT Food stamps / HUSKY D Contact me- Department of Social Services has Assigned ME NEW SOCIAL WORKER → CALLED ME FRIDAY 3/14/ HAD PHONE Appointment 3/18/26 → I heard my cell ring about the time of appt through window at ICU but No NURSES Available

**Your 10-page fax was sent to Fax User 8603436423 successfully at 3/20/2026 3:35:48 PM.**

**To: Fax User**
Company:
    Fax: 8603436423
Phone:
**From:**
Company:
    Fax:
Phone:
Email:

*The Connection Fund →*

*MMX- CV-26-604 8291-S*

*Probate → Exner*

*1877692.3146*

*SSA Middletown*

*DSS Hearing → 860.424.5760*

---

*"D"Caused Action*

The Smarter Choice for Care

**M+ Middlesex Health**

Middlesex Hospital
28 Crescent Street
MIDDLETOWN, CT 06457
**FACSIMILE TRANSMITTAL SHEET**

| TO: Middlesex Judicial District | FROM: Julia DeMichele |
|---|---|
| Attn: **Clerk/Housing** | Phone: 860-358-8357 |
| Patient Name: | Date faxed: ~~3/40/26~~ *3/20/26* ~~TO~~ |
| **Robin White** DOB: 11/19/1964 | Fax #: 860-343-6423 |

*Reference:*

*MMX-CV-26-6048291-5 The Connection Fund v Robin H White*

| Please see attached documents: | *+ Also: Cease + Desist →* |
|---|---|
| Patient Appeals */motion to* | *Apartment + Storage Unit* |
| *Open Judgement* | *Also: Appeal Payee,* |
| Please see the attached documents. **Thank you!** | *Restore Financial/Health* |

*→ Appeal Probate Decision*
*→ REMOVE/REPLACE →*
*→ CONSERVATOR*

* Please call me directly with any questions: 860-358-8357

*Also Robin H. White*
*- 860-834-6135 -*
~~ICME-800-831-8381 x3873~~

**CONFIDENTIAL COMMUNICATION** The information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without specific written consent of the person to whom it pertains or as otherwise permitted by said law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. If you received this facsimile transmission in error, please notify us immediately at (860)-358-6759 to arrange for its return to us.

---

Notification for AARON_6628 (on behalf of AARON_6628) on 3/20/2026 3:35:49 PM.



*(800·559-1515)*
*FREE LAWYER*

**APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS - CIVIL, HOUSING, SMALL CLAIMS, AND APPELLATE**

JD-CV-120  Rev. 1-19
C.G.S. §§ 52-259, 52-259b, 52-259c
P.B. §§ 8-2, 63-6

*CEASE + DESIST* — *Cause of Action*

**Instructions to person asking for the waiver (applicant)**
1. Fill out Application. For help, see Help Text for Application for Waiver of Fees/Payment of Costs - Civil, Housing, Small Claims, and Appellate (form JD-CV-120H).
2. Sign the form under oath in front of a clerk, a notary, or an attorney.
3. Bring this form to the court where your case will be filed or is/was pending.
4. If this application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing in the Request for Hearing on Denied Application section on page 2.

**STATE OF CONNECTICUT SUPERIOR COURT** www.jud.ct.gov

*Note:* This form will be put in the case file, which may be available to be viewed by the public.

*(RMW)*

*mmx-Cv-26-6048291-5*

**Application**
To: The Superior Court

Name of case (Plaintiff v. Defendant): The Connection Fund vs Robin H. White

Docket number (If applicable): 

☑ Judicial District  ☑ Housing Session

Address of court: 1 Court St Middletown CT 06457   *mmx-CV-26-60452*

Name of applicant (Last, first, middle initial): White, Robin H.

Address of applicant (Number, street, town, state and zip): 8 Liberty st. Apt 309 Middletown, CT 06457   *(CEASE + DESIST - Apt # 309)*

Telephone (Area code first): 860 834 6135   *or SW Julia 860 3588357*  91-5

Type of proceeding:
☑ Civil case     ☑ Small claims case     ☑ Housing (Landlord-Tenant case)
☑ Appellate matter (Supreme or Appellate Court) *ALSO*     ☑ Other (Specify): *cease + desist apartment and storage unit*

*SROA - Storage Unit #191 Portland*   *removal of conservator, appeal to restore, appeal probate decision, and*

**Fee Waiver/Payment of costs**
*Storage Rentals of America — #191*   *motion to open judgment*
I ask that the court order that I do not have to pay fees or to order the State to pay the costs below. (Check all that apply)

*(I never leave*   ☑ Entry fee   ☑ Filing fee   ☐ Costs of service of process (Delivery of papers)   ☐ Appellate filing fee (Supreme or Appellate Court)
*Apt unclean, or I*   ☑ Cost of the transcript for appeal   ☑ Other fee (Specify): *transportation (mobility disabled)*
*want leave)*   *Request Remote if unable to assist with transportation*

**Grounds for Appeal**   *Payee withholding disability funds   Misuse Federal Funds.*
(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of the transcript for appeal.)
The grounds on which I propose to appeal are: *Exploitation Federal Fund, Inaccurate Fiduciary Accounting*
*Refusing to Explain where my money is, not*

**Financial Affidavit**
*giving the money.*

**1. Dependents**
Total number of dependents (Do not count yourself): [ 0 ]
*Withholding $322.00 = 2 month of*
**2. Monthly Income**   *Conservator wont give me my money to*
A. Gross monthly income from all sources (Money you get in one month from work and other sources, before taxes): $994.
B. Net monthly income (after taxes) from employment: 0
C. Income from sources other than employment (For example, TFA, Social Security, etc.): + $994.00
List sources of other income: SSDI
Total Monthly Income (B+C) = $ 0.00

**3. Monthly Expenses**   *(Paid*
A. Rent/Mortgage *Rent LATE CONSTANTLY)*: $279.00
B. Real Estate Taxes
C. Utilities (Telephone, heat, electric, water, gas, etc.)
D. Food *Buried Trauma*: $ 50-75/WK
E. Clothing *Stolen Cleaning*: $ 10.00
F. Insurance Premiums (Medical/dental, auto, life, home) *Supplies*
G. Medical/Dental: 50-100
H. Transportation (Bus, gasoline, etc.): $ 50-100
*Tobacco dependency*
I. Child Care *supplements*: 50
J. Other (Specify): *Storage unit*: $ 170.00
Total Monthly Expenses = $ 0.00 *704*   *Previous $139.00*

**4. Assets**   *Contempt of Court*   *no money to pay Rent or property storage*

| | Estimated Value (Current worth) | Loan Balance (Amount owed) | Equity (Estimated Value minus Loan Balance) |
|---|---|---|---|
| A. Real Estate | *everything I own* | | Real Estate $ 0.00 |
| B. Motor Vehicles | *is all used, second* | | Motor Vehicle $ 0.00 |
| C. Other Personal Property (For example, jewelry, furniture, etc.) | *hand merchandise only shop at Store* | | Other Property $ 0.00 |
| D. Savings Account Balance (Total of all accounts) *Thrifts, Walmart* | | | Savings |
| E. Checking Account Balance (Total of all accounts) | | | Checking |
| F. Cash *Second hand value? Used, Books, old TV* | | | Cash 20-30 |
| G. Other Assets (Specify): *No Furniture, old electronics* | | | Other Assets |
| Total Assets = | | | $ 0.00 |

**5. Liabilities/Debts** (For example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| *True link Debit* | | $ 115.00 |
| *+ ATM Fees* | | 25.00 |
| *I pd no fees w/ BOA, 37 yrs* | | |
| *over draft protection I had* | | |
| *Credit Score 700 good difference* | | *(40.00)* |
| Total Liabilities = | | $ 0.00 |

*Property Manager installed new Key lock, with landlord I do want to come to Agreement to move.*

Print Form   Reset Form

CASE + DESK

| Name of case (Plaintiff v. Defendant) | Docket number (If applicable) |
|---|---|
| Tr Connection Fund vs. Robin H White | MMX CV-24 5017310-S (MMX-CV-26-6048291-S) |

6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 5 above, explain how you are supported:

"D" Cause of Actos

## - Notice -

*Any false statement made by you under oath which you do not believe to be true and which is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

I certify that the information on this application is true and accurate to the best of my knowledge and that I can, if asked, ASAP document all income, expenses, and liabilities listed on this application. *Will Notarize + Certify E. Services Affidavit*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| Robin H. White | Robin H. White | 3/20/26 |
| Subscribed and sworn to before me: | On (Date) | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

## Order

Having reviewed the application, the court finds as follows:

☐ 1. The applicant is indigent and unable to pay the following fees which are waived:

    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)

    ☐ Other fee (Specify)_____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $_____ shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other (Specify): _____

| By the Court (Print or type name of Judge) | On (Date) | Signed (Judge, Clerk) | Date signed |
|---|---|---|---|
| | | | |

## Request For Hearing On Denied Application (Fees payable to the court or costs of service of process)

This section should be filled out only if the court has checked #4, 5, 6 or 7 above and denied the application.

☑ I request a court hearing on my application. ► Robin H. White    3/20/26

       Signed (Applicant)        Date signed

## Hearing

| Hearing to be held on (Date) | Location |
|---|---|
| At (Time) | Signed (Clerk) |

Print Form        Reset Form

| Name of case *(Plaintiff v. Defendant)* | Docket number *(If applicable)* |
|---|---|
| *The Conne Touchund V Tatow H White* | *MMX CV 34* |

*"D" Cause of Action*    -CV- ~~301731-0-5~~

**MMX-26-6048291-S**

## Order After Hearing

Having reviewed the application, the court finds as follows:

☐ 1. The applicant is indigent and unable to pay the following fees which are waived:
　☐ Entry fee  ☐ Filing fee  ☐ Appellate filing fee (Supreme or Appellate Court)
　☐ Other fee *(Specify)*_____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $ _____ shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other *(Specify)*: _____

| By the Court *(Print or type name of Judge)* | On *(Date)* | Signed *(Judge, Clerk)* | Date signed |
|---|---|---|---|
| | | | |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

JD-CV-120  Rev. 1-19　　　　　　　　　　Page 3 of 3

Print Form　　　　　　　　　　Reset Form

In Reference Robin H. White

"D" Cause of Action FAX # 860-343-6423

Middletown CT Superior

→ Motion to Open    (17 pages)
Judgement

→) Post Judgement

→) Case Load Request

→) Fee Waiver + Intergen—
Please+→    Below Poverty
$994⁰⁰— DISABLED US Senior Citizen
SSI DI — Conservator has failed
Income taking advantage person of Disability
Rent 279 Benefit / Caused Physical + Financial
↑ Contempt of Court → lied to / Harm
(Robin H White ✓
Storage $170    Kristen Exner-Sullivan    Justice

D
Cause of Action

True Link Financial, Inc.
PO Box 581
San Francisco, CA 94104
support@truelinkfinancial.com

**⌨ True Link**

This is January →

I lost my Apartment of 2 years in part as their Cause of Actions

Need February Statement →

→ Need March → Statement →

Kristan Exner- Sullivan has not given me any of my mail since Feb 2, 2026!

Robin White

Robin White
8 Liberty St
Apt 309
Middletown, CT 06457

(3/19/26)

★ I have a Caseworker named Wed/Math
Chris Grossco at my Apartment "D" Cause of Action Raw
Building, his Boss is our Housing Director!
Kelly Robski

⸸ I also have Dr. Michael Kane @
CT Natural Health. 860-347.8600)
Dr kane ~~~ diagnosed me malnutritioned
ending up with after and caused by kristan
Expert Actions of getting my food stamps
discontinued and Refusing to give me money
to purchase, supplements, vitamins,
food for minerals + protein. I have more
than 4 diseases that means I have to
stay on my Regular Diet. my diseases
require High Sodium ⇒ Hyponotremia
High Sugar ⇒ Diabetes & my
High Iron ⇒ Anemic metabolism
High Protein ⇒ Hypnowhe back etc)

I CAN PROVE EVERYTHING I (pg 10)
Cause of Action (3/19/26)
(State as the Truth,) have (texts,) Wed March,
Emails, PHOTOS, CELL PHONE RECORDS ⟹ RHW
BLACK + WHITE HARDCOPIES, PAPER work,
WITNESSES / ADVOCATES To SUBSTANTIAT
(* REQUIRED (DIRECTLY TO HAVE JUDGE —
* BECAUSE PAYEE ACTIONS of 2x's
(Changing Address) (to P.o Box 12021 —).
(East Haven Ct,) they have been receiving
my Private Mail along with Business)
(Refusing) to speak with me or (Reply)
as to (What they are withholding from me)
*) 2x's I've had to get (my Foods tamps)
(REINSTATED ) (However also manages
to Increase Amt From 120 (2 months ago)
the myself past on back
for that are

FAX # 860-343-6423

Middletown Superior

→ Motion to Open
        Judgement

→) Post Judgement(

"D"
Cause of
Action

→) (Case Lead Repair(

→) Fee Waiver + Interven

Plae"?        Below Party
994°° DISABLED vs Senior Citizen
    SSI DI   Conservator has Party
income taken / as person of Disabe Ju
"Ct Benefit / Cause of Physical / Mental
Contempt of Court + Lead to / Hea on
Abusiff Kotorke

Per Ret. — Robin M. White, Apt #309 (Pg 2 of 3)

8 Liberty Street — (Shopping bag (by sink)
~~Snacks~~ of snacks + bag of (in kitchen) (candy) — 1/16/26

Please from my apt 309, starting in Bathroom, Kitchen to Bedroom, Thursday April 20

I would like all of my phones + chargers, cell all zip lock bags my laptop computer/charger "D" Cause of Action my change, money, jewelry, all along with cell

phone and email to my acct ⇒ bengal2032@gmail.com

I need a pair of shoes for size 9+, wide opening — left heel higher than right, (I have one right leg longer than left leg. (My ankle (lace up Braces) 2 or 3. should be in my apt.

Please to a thorough job of kitchen cabinets + draws, I need must id, SS, DMV and Paperwork, especially kitchen, hallway contents of ziploc bags, (Stretch Slacks - pants) T. Shirts

* My leather jackets 2 light + dark bombers especially the Blue Embroidered Flower + Red Embroidered Flowers Black Leather jackets all Black Veil Brides Denim sweat jacket w/ hood Black Slacks - Denim Blue Jeans

pg 15
(3/19/26)

Ms Exner has Lied to my MD's, Lied to my Daughter. Ms Exner Office + herself has passed long Emails to Property Manager, Lying about my rent checks, Has Failed to Notify Social Security of changes, Failed to Notify DSS of changes. which Resulted in more pain and suffering on myself both Physically + Financially. I have more. So please, help me to get this Immoral, Unethical, Corruption Out of my Life. I have high Moral + Standards, Raised to Respectable. Thank you. John H. White

"Pg16

"D"
Cause of
Action    ( 3/9/26 )

(RMW)

I Certify I will Submit, I hope
via USPS + E-Service Electronic
Notice/Copies of this Paperwork
to all Attended Parties.

I hope Something Good
Comes from All of this
I've Learned things I
would have Preferred Not
to know, Such as MONEY RULES
PEOPLES So much THEY
Stopped Caring About Being
Humane - or Human."

I would like to close, Alas I have "D" Cause of Action so much Evidence to plead my case it is Overwhelming

3/19/26
Wed, March
(RHW)
pg 14

Kristen Fexner-Sullivan is Not Paying my Rent on time / LYING to Judge, Refuses to give me Money, even if my situation is Dire. She has caused me PHYSICAL HARM, PSYCHOLOGICAL TRAUMA, FINANCIAL HARDSHIP, RUINED MY CREDIT, RUINED MY REFERENCES, HELPED TO BRING ME To the Point of Eviction. I'm a law Abiding to the best of my Ability, Woman, Independent & Strong, Mrs Exner has contacted -

I Certify, by my hand, here with, that I Robin H. White will deliver either via USPS or/and by Electronic Service ( E-Services or my Email account) documentation & evidence from this case to all intended Parties.

Thank you,
Robin H White
860-834-6135

Also, please excuse me your Honor for my handwriting, alas I am a poor disabled women. just being discharged from a lengthy Hospital Stay, and wasn't able to obtain the Formal Pre printed forms.

Thank you again

"D" Cause of Action

## SUMMARY PROCESS EXECUTION FOR POSSESSION (EVICTION)
JD-HM-2  Rev. 10-25
C.G.S. §§ 47a-26h, 47a-42

**STATE OF CONNECTICUT**
**JUDICIAL BRANCH**
**SUPERIOR COURT**
www.jud.ct.gov



**Instructions to plaintiff/landlord or attorney:**
1. After this execution is signed by the clerk, the clerk will upload it to the case's electronic file.
2. Plaintiff/landlord or attorney may then submit the signed execution to a State Marshal.

| Court | Docket number | Date of judgment |
|---|---|---|
| ☐ Judicial District  ☐ Housing Session | MMX-CV-26-6048291S | January 30, 2026 |

Address of court location (Number, street, town and zip code)
1 Court Street, Middletown, CT 06457

| Name(s) of plaintiff(s)/landlord(s) | Name(s) of defendant(s)/tenant(s) and/or occupant(s)) |
|---|---|
| The Connection Fund-Liberty, Inc. | Robin White |

Address of premises (Number, street, town and apartment number)
8 Liberty Street, Unit # 309, Middletown, CT 06457

**State Marshal:**
The Court commands of you the following: (1) Put plaintiff(s) in possession of the Premises by putting the defendant(s) and occupant(s) out of possession; (2) If belongings remain, remove them to the place of storage designated by the town's chief executive officer; (3) Before removal, notify the town's chief executive officer of the eviction; notice shall include the location, date, time, and, if known, a description of the types and amount of property to be delivered to the place of storage; (4) After giving such notice, use reasonable efforts to locate and notify the defendant(s) and occupant(s) at least 24 hours before the date and time of the eviction and possible sale of their belongings.

| Serve a true copy upon each defendant and/or occupant bound by the judgment and return within 60 days. | Signed (Clerk) | Date signed 3/27/2026 |
|---|---|---|

## Notice to defendant(s) and/or occupant(s)

You must move out of the premises at the address above by this date and time: Date 04/30/26  At (Time) 8:00 A.M.

If you do not remove your belongings by this date, they will be removed by the State Marshal and stored at:
B+M Logistics – Middletown  Call 860-349-5800
to reclaim your belongings and arrange to have them returned to you. If your belongings are removed and stored and you do not reclaim them and pay the expense of storage within 15 days, then they may be sold by the town.
**Notice about storage:** The designated storage facility may restrict what items (example: mattresses, perishable items, or broken, dirty, infested, soiled items) that can be put in storage from the eviction.

If you claim a right to stay in the premises, you should immediately contact an attorney.

> **WARNING - TRESPASS IS A CRIME**
> Any person remaining on the property after the eviction date and time listed on the Execution refusing to leave when directed by a State Marshal may be arrested for Criminal Trespass in the First Degree in violation of Connecticut General Statutes § 53a-107.

## Return of Service

| I notified the chief executive officer of the town where the premises is located. | | On | At (Time) ___.M. |
|---|---|---|---|

| On | At (Time) ___.M. |
|---|---|

☐ I notified the defendant(s)/tenant(s) and/or occupant(s).
☐ I used reasonable efforts to locate the defendant(s) and/or occupant(s) but was unable to notify the following:

that the eviction of the defendant's(s') and/or occupant's(s') belongings would take place,

| On | At (Time) ___.M. |
|---|---|

and afterwards, the defendant's(s') and/or occupant's(s') belongings,

☐ had been removed.
☐ were removed by me and stored. The plaintiff(s)/landlord(s) were then put in possession of the premises.

and I further advised said chief executive officer, so far as known, of the general description, types, and amount of the property to be removed from said premises,

| On | At (Time) ___.M. |
|---|---|

| Signed (State Marshal) | Date signed |
|---|---|
| Fees | |

**ADA Accommodations**
ADAPmgram@jud.ct.gov
https://www.jud.ct.gov/ADA

**Interpreters**
Free language services available
https://www.jud.ct.gov/LEP

Servicios de asistencia lingüística gratuita están a su disposición
Serviços de assistência linguística gratuitos estão à disposição

Page 1 of 1        [ Print ]        [ Reset ]

A TRUE COPY,

Attest: Patrick J. Moynihan
CT State Marshal Middlesex Cty

- 1 -

mmx
CIVIL

In the Matter of ÷

(Docket #)
(TBD)

"D" Cause of Action

5/7/26

(PROBATE COURT
DOCKET #
25-00406)

Defendant ÷

÷ Plantif ÷ Robin H. White V. Kristan Exner-
Sullivan

ORDER
TO ÷  CEASE + DESIST   (Pg 2 of 3)   (RHW)

The Plaintif, I, Robin H. White seek
a Court Order of Cease + Desist
of one, my Conservator, Kristan Exner-
Sullivan
of PROBATE Court Order Docket #
of Sell + Dispose of Home Furnishing ÷ (my)   25-00406-

This perticular Docket # 25-00406 -
Pertained to a Storage Unit #191 with
(what I left) (SROA) Storage Rentals of America, I and my
family have Removed OUR belongings,
and DO NOT WISH TO SELL OR DISPOSE OF.
many of our Items are of Sentimental Values
Such as family photos gifts, etc. Many items
are from my Grandfather, father + Daughter, →

CIVIL MATTER

ORDER TO: → CEASE + DESIST

Docket #
(TBD)

"D" Cause of Action 5/7/26

PROBATE COURT
CASE + DOCKET #'s
25-00406

(pg 2 of 3)

Plaintiff: Robin H. White
c/o
ParkCity        752 Park Ave
Residential     Bridgeport, CT.
Care                        06604
        Cell: 860-834-6135

Defendant: Kristan Exner-Sullivan
        PO. Box 120217
        East Haven, CT
                        06512
        Phone # 203-416-6152

Copies of CEASE + DESIST,
I, Certify by my hand, I
will via USPS/and or Electronically
via E-Services, my personal emails,
Notify all intended parties. copies
of my case documentations, appeals,
orders + Evidence, etc.

        Robin H. White

CIVIL ÷ CEASE + DESIST     Cause 5/7/26
Middletown, CT. SUPERIOR COURT     of Action
"D" Cause of Action

To Fax #     860-343-6423

Middletown, CT. SUPERIOR COURT
1 COURT STREET

CIVIL ÷ CEASE + DESIST

ORDER REQUEST / APPEAL

PROBATE COURT
DOCKET #
25-00406

WITH Fee Waiver
Application

in Ref ÷ Robin H. White ÷ Plantif

Cell phone ⇒ 860-834-6135 ∨
Kristan Exner-Sullivan ÷
Defendant

CEASE + DESIST OF
PROBATE COURTS
SELL + DISPOSE OF
HOME FURNISHING
PROBATE COURT DOCKET # 25-00406

"D" Cause of Action

PROBATE COURT DOCKET #
25-00406,

4/30/26

I certify that

Thursday, April
2026

I will deliver via USPS,
and or via applicable E-Services,
electronically copies of my legal
with Superior + Probate intentions
Court Dockets pertaining to

all Intended Parties.

Thank you !

Robin H. Whit

(my Cell #
860-834-6135 ) ~~860-358-6768~~

Email: benga122322@gmail.com

mmx→ Civil: In the Matter of:                    5/7/26

"D" Cause of Action    ( PROBATE COURT DOCKET # 25-00406 )    pg 2 of 2

Plaintif: Robin H. White V. Kristan Exner (Defendant Sullivan

mmx-CV-I, the Plaintif Robin H. White (Plaintif) ✱

— Seek / Appeal for Restoration of myself
Control over my own Finances —    PROBATE COURT DOCKET # 25-00406

DOCKET # TBD by MMX Superior

At minimum ÷ Replace Current Conservator ÷ Kristan Exner - Sullivan (Defendant) ✱

As my Pleadings + Evidence, will show,
a Repeated Pattern of Harrasment,
Gaslighting, Threatening, Intimidating,
Premeditated, Malicous, Patterns of
Abuse from Ms Exner-Sullivan and her
Staff from Trident Legal Associates
against myself.

I can Prove - Elder Abuse, as I am
Disabled, she has proven time + again,
that she will do harmful acts, with
No remorse. I have 2 years worth
of emails that prove my allegations.
I have made numerous Contacts and
filed numerous complaints and opened
Investigations. I can prove she has broken Local +
Federal LAWS.

Civil

"D"
Cause of Action

Appeal For Restoration of  5/6/29
Financial Control / Relief of  (pg 1 of 2)
Conservatorship or Replacement of (TBA)
Current Conservator:  mmx
Docket #

In the Matter of :  mmx-cv-____

(TBA)

Plaintiff: Robin H. White    Phone = 860-834-6135
%o Park City Residential
Care Home
752 Park Ave.
Bridgeport, CT.  06604

( PROBATE
COURT
CASE + DOCKET #
25-00406 )

V.

Defendant: Kristan Exner-Sullivan
%o Trident Legal Associates
P.O. Box 120 217
East Haven, CT
06512
Phone = 203-416-6142

* I Certify I, the said Plaintiff, Robin H. White,
will deliver via USPS / and or Electronic Notification,
+ Intentions here with, of any and all
Court Documents, Proceeding I am abliged too
send to their Attention.
Robin H. White



*[Handwritten annotations:]* I had a credit score of 700 (Never had to use overdraft) 05-00406

"D" Cause of Action

I have had a Bank Account with Bank of America over 34 years

*$20.50 in fees with True Link Debit*

I want my $ back!

I have always had over draft protection — I do not pay fees for Bank of America

Conservators Destroyed my Good Credit.

| Date | Description | Amount |
|------|-------------|--------|
| Jan 31 | BD GROCERY & FOOD - Middletown, CT<br>*Grocery Stores* | -$37.08 |

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| Jan 2 | ATM Withdrawal Fee<br>*Nur Srk Convenience LLC* | -$1.50 |
| Jan 6 | ATM Withdrawal Fee<br>*PAI ATM* | -$1.50 |
| Jan 14 | ATM Withdrawal Fee<br>*BD Grocery and Food* | -$1.50 |
| Jan 14 | ATM Balance Inquiry Fee<br>*BD Grocery and Food* | -$0.50 |
| Jan 22 | ATM Balance Inquiry Fee<br>*BD Grocery and Food* | -$0.50 |
| Jan 22 | ATM Withdrawal Fee<br>*BD Grocery and Food* | -$1.50 |
| Jan 31 | ATM Withdrawal Fee<br>*Los Primos Mini Mart Midd* | -$1.50 |
| Jan 1 | Monthly Fee<br>*Paid from an external account* | -$12.00 |

Date statement generated: Feb 05, 2026 | Prior month fees (Jan 2026): $20.50 | Year to date fees (2026): $20.50

In case of errors or questions about your electronic transfers telephone us at 1-800-299-7646 or write us at True Link Financial, Inc., PO Box 581 San Francisco, CA 94104 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Copyright ©2026 True Link Financial, All rights reserved. This Card is issued by Sunrise Banks N.A., St. Paul, MN 55103, Member FDIC, pursuant to a license from Visa U.S.A. Inc. This card may be used everywhere Visa debit cards are accepted. Reference the Cardholder Agreement for a complete list of Card fees, terms and conditions. Use of this card constitutes acceptance of the terms and conditions stated in the Cardholder Agreement. True Link Financial is an Independent Sales Organization ("ISO") pursuant to an agreement with Sunrise Banks.

*Cause of Action*

*COURT DOCKET # 25-0040*

| Date | Description | Amount |
|------|-------------|--------|
| Jan 13 | Transfer to Card | $100.00 |
| Jan 14 | IT'S ONLY NATURAL MARKET - Middletown, CT<br>*Grocery Stores* | -$9.48 |
| Jan 14 | BD GROCERY & FOOD - Middletown, CT<br>*Grocery Stores* | -$20.12 |
| Jan 14 | ATM Cash Withdrawal - Middletown, CT<br>*BD Grocery and Food* | -$21.99 |
| Jan 15 | VAPE VAULT - Middletown, CT<br>*Smoke Shops* | -$24.43 |
| Jan 16 | IT'S ONLY NATURAL MARKET - Middletown, CT<br>*Grocery Stores* | -$8.25 |
| Jan 20 | Transfer to Card | $100.00 |
| Jan 20 | VAPE VAULT - Middletown, CT<br>*Smoke Shops* | -$22.58 |
| Jan 21 | CTLP*MTHORPE MANAGEMEN - Hartford, CT<br>*Restaurants* | -$1.10 |
| Jan 21 | CTLP*MTHORPE MANAGEMEN - Hartford, CT<br>*Restaurants* | -$2.10 |
| Jan 21 | CTLP*MTHORPE MANAGEMEN - Hartford, CT<br>*Restaurants* | -$1.35 |
| Jan 21 | CTLP*MTHORPE MANAGEMEN - Hartford, CT<br>*Restaurants* | -$1.10 |
| Jan 22 | BD GROCERY & FOOD - Middletown, CT<br>*Grocery Stores* | -$23.90 |
| Jan 22 | ATM Cash Withdrawal - Middletown, CT<br>*BD Grocery and Food* | -$21.99 |
| Jan 27 | Transfer to Card | $100.00 |
| Jan 28 | UBER *ONE MEMBERSHIP - San Francisco, CA<br>*Local Transit* | -$9.99 |
| Jan 31 | ATM Cash Withdrawal - Middletown, CT<br>*Los Primos Mini Mart Midd* | -$22.50 |
| Jan 31 | VAPE VAULT - Middletown, CT<br>*Smoke Shops* | -$24.43 |
| Jan 31 | IT'S ONLY NATURAL MARKET - Middletown, CT<br>*Grocery Stores* | -$18.74 |

*Sodas*

*They still have not CANCELED*

"D'Cause of Action

CLERK, SUPERIOR COURT                          ROBIN WHITE
JUDICIAL DISTRICT OF MIDDLESEX                 APT 309
1 COURT STREET                                 8 LIBERTY ST
MIDDLETOWN, CT 06457-3374                       MIDDLETOWN, CT 06457


Docket Number:  **MMX-CV-26-6048291-S**   Noticed Issued: 02/06/2026

Case Caption:  **THE CONNECTION FUND-LIBERTY, INC.   v. WHITE, ROBIN**


Order(s) entered on this case:

106.00  Filed: 02/03/2026  D
APPLICATION FOR STAY OF EXECUTION SUMMARY PROCESS
Result: Off  02/06/2026  HON WALTER MENJIVAR

"D" Cause of Action

**APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS - CIVIL, HOUSING, SMALL CLAIMS, AND APPELLATE**

JD-CV-120  Rev. 1-19
C.G.S. §§ 52-259, 52-259b, 52-259c
P.B. §§ 8-2, 63-6

**Instructions to person asking for the waiver (applicant)**
1. Fill out Application. For help, see Help Text for Application for Waiver of Fees/Payment of Costs - Civil, Housing, Small Claims, and Appellate (form JD-CV-120H).
2. Sign the form under oath in front of a clerk, a notary, or an attorney.
3. Bring this form to the court where your case will be filed or is/was pending.
4. If this application for fees payable to the court or for costs of service of process is denied, you may ask for a hearing in the Request for Hearing on Denied Application section on page 2.

**STATE OF CONNECTICUT SUPERIOR COURT**
www.jud.ct.gov

Note: This form will be put in the case file, which may be available to be viewed by the public.

**Application**
To: The Superior Court

PROBATE CASE # 25-00406

Name of case (Plaintiff v. Defendant)
Robin H White vs. Kristen Exner-Sullivan   (from probate court)

Address of court
1 Court St. Middletown Ct 06457   MMX-CV-26-6048291
The Connection FUND

☑ Judicial District  ☑ Housing Session

Name of applicant (Last, first, middle initial)
White, Robin H.

Address of applicant (Number, street, town, state and zip)
8 Liberty St, Apt 319 Middletown, Ct 06457

Telephone (Area code first)
860 834 6135

Type of proceeding:
☑ Civil case     ☐ Small claims case   ☐ Housing (Landlord-Tenant case)  appeal ★
☑ Appellate matter (Supreme or Appellate Court)   ☑ Other (Specify): removal of conservator and appeal restoration / at min. replace conservator

★ Primary → 860-358-6768

★ I request Remote Hearing. I am disabled.
★ Conservator - trying to sell my belongings

**Fee Waiver/Payment of costs**
I ask that the court order that I do not have to pay fees or to order the State to pay the costs below. (Check all that apply)
☑ Entry fee   ☐ Filing fee   ☐ Costs of service of process (Delivery of papers)   ☐ Appellate filing fee (Supreme or Appellate Court)
☑ Cost of the transcript for appeal   ☑ Other fee (Specify): Transportation (mobility disabled)

Conservator withholding good portion of transcript fee SSI SSD

**Grounds for Appeal**
(Complete if requesting waiver of Appellate filing fee (Supreme or Appellate Court) and/or payment of cost of the transcript for appeal.)
The grounds on which I propose to appeal are: Conservator / Paralegals donot work with me. When they do reply, it usually with lies. Corrupt + Unethic

**Financial Affidavit**  Abusive/Disrespectful
**1. Dependents**
Total number of dependents (Do not count yourself) 0
Refuse to account for what they are withholding of my funds

**2. Monthly Income**
A. Gross monthly income from all sources (Money you get in one month from work and other sources, before taxes) SSI DI   $994.00
B. Net monthly income (after taxes) from employment   0
C. Income from sources other than employment (For example, TFA, Social Security, etc.)   $994.00
List sources of other income: SSDI
Total Monthly Income (B+C) = $0.00

**3. Monthly Expenses**  Rent was → I do not know if April Rent Paid? Conservator will not reply to me
A. Rent/Mortgage   $279.00
B. Real Estate Taxes
C. Utilities (Telephone, heat, electric, water, gas, etc.)
D. Food   $50-75/wk
E. Clothing   $10.00
F. Insurance Premiums (Medical/dental, auto, life, home)  will not
G. Medical/Dental  reply to me
H. Transportation (Bus, gasoline, etc.)   $50-100.00  tobacco dependency
I. Child Care   supplements $20.00
J. Other (Specify): Storage unit   $170
Total Monthly Expenses = $800.

acquiring a different storage unit (costs fluctuate some)

**4. Assets**

| | Estimated Value (Current worth) | Loan Balance (Amount owed) | Equity (Estimated Value minus Loan Balance) |
|---|---|---|---|
| A. Real Estate | everything I own ? | | Real Estate $ 0.00 |
| B. Motor Vehicles | is all used, second hand Merchandise | | Motor Vehicle $ 0.00 |
| C. Other Personal Property (For example, jewelry, furniture, etc.) | even Pawn Shop will not purchase | | Other Property $ 0.00 |
| D. Savings Account Balance (Total of all accounts) BOA checking — 0 (?) | items | | Savings 0 |
| E. Checking Account Balance (Total of all accounts) Stereos/Books/Clothes/coats/costume | Sentimental items | | Checking |
| F. Cash — TrueLink Debit Conservator has all of my | Jewelry | | Cash |
| G. Other Assets (Specify): other money ? | 185.00 | | Other Assets $0.00 |
| Conservator will not reply Total Assets = | | | Cash on card 185 |

Conservator will not reply / Contact me g/ve truthful answers on my funds

**5. Liabilities/Debts** (For example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| True Link debit | | $100.00 |
| I owe for Storage Unit in Portland — clean out | | |
| I lost my storage unit + Apartment part in due to Conservator neglect | | |
| Total Liabilities = | $ 0.00 | $ 0.00 |

They refuse to contact me half the time when they do contact me - usually lies.

Page 1 of 3

Case 3:26-cv-00755-SFR    Document 1    Filed 05/14/26    Page 48 of 63

*1ˢᵗ Cause of Action*

Robin H. White   v   Kristan Exner-Sullivan

Name of case (Plaintiff v. Defendant)

also   The Connecticut Fund v Robin White

Docket number (If applicable)

MMX-CV-26-6048291-S

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

Robin H White v. Krista Exner-Sullivan ⇒

Conservatorship (PROBATE COURT # 25-00406) *

Middletown Probate 94 Court St Middletown

CU

**- Notice -**

*Any false statement made by you under oath which you do not believe to be true and which is intended to mislead OGA a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

* Kristan Exner-Sullivan, Trident Law Associates guilty of violations

I certify that the information on this application is true and accurate to the best of my knowledge and that I can, if asked, OF document all income, expenses, and liabilities listed on this application. Disability Rights, I been workin with Mike Willby of State of CT Disability Rights ⇒ 860-285-5621

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| Robin H. White | Robin H. White | 4/29/26 |

| Subscribed and sworn to before me: | On (Date) 4/29/2026 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) James Callaghan   Atty |

## Order

Having reviewed the application, the court finds as follows:

☐ 1. The applicant is indigent and unable to pay the following fees which are waived:

    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)

    ☐ Other fee (Specify)_____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $ _____ shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other (Specify): _____

| By the Court (Print or type name of Judge) | On (Date) | Signed (Judge, Clerk) | Date signed |
|---|---|---|---|
| | | | |

## Request For Hearing On Denied Application (Fees payable to the court or costs of service of process)

This section should be filled out only if the court has checked #4, 5, 6 or 7 above and denied the application.

☑ I request a court hearing on my application.   ▶   Robin H. White    4/29/26

Signed (Applicant)          Date signed

## Hearing

| Hearing to be held on (Date) | Location |
|---|---|
| At (Time) | Signed (Clerk) |

JD-CV-120   Rev. 1-19          Page 2 of 3

Print Form              Reset Form

Name of case (Plaintiff v. Defendant)

(PROBATE → 25-00402)    PROBATE

~~The~~ Robin H. White v Kristen Exner Sullivan

Docket number (If applicable)

mRx-CV-26-

+ The Connection Fund v
Robin White

Court 604829

"D" Cause of Action

## Order After Hearing

Having reviewed the application, the court finds as follows:

☐ 1. The applicant is indigent and unable to pay the following fees which are waived:
☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
☐ Other fee (Specify)_____

☐ 2. The applicant is indigent and unable to pay the cost of service. A state marshal's fee not to exceed $_____ shall be paid by the state.

☐ 3. The applicant is indigent and unable to pay the cost of the transcript for appeal, which shall be paid by the State in accordance with Practice Book Section 63-6.

☐ 4. The applicant is indigent but able to pay fees, costs of service, and the cost of the transcript for appeal, and the application is denied.

☐ 5. The applicant is not indigent and the application is denied.

☐ 6. Denied: the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ 7. Denied. Other (Specify): _____

| By the Court (Print or type name of Judge) | On (Date) | Signed (Judge, Clerk) | Date signed |
|---|---|---|---|
| | | | |

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

JD-CV-120  Rev. 1-19

Page 3 of 3

Print Form

Reset Form

In Ref: Robin M. White (please × 3/19/26
CEASE & DISIST *MS. EXNER AS *Thursday
Cause "D" of Action
my PAYEE * REPLACE March
* SUSPEND
OR RESTORE pg 3
Evidence Against 2 Conservators)
Defamation of Character (MYSELF) RMW

~ Possible Bank Fraud - I suspect
suspicious Activity on Estate Trust
of my Social Security Disability Benefit
Appears as though maybe Fraud -
Checking Account. must check
the Accounts against eachother.

~ Theft - taking money of Benefit.
Non Compliance with Paying Rent
In Reasonable amount of time
After 10 day Grace Period, causing
myself to have bad References,
Destroyed my Credit Rating of 700.
Agitated my Property Manager +
Landlords to excelerate + push
through Eviction instead of
agreement + rectify

In Ref.: Robin H. White    "P" Cause of Action    3/19/26 Thursday March

pg 4

RHW

CEASE + DISIII

~ Theft Again of my Belongings Stolen from my Apartment. I was told by Numerous Individuals. It was Kristan Exner-Sullivan that hired a Cleaning Crew to clean my Apt. Unfortunately for they didn't really clean muchjust proceeded ~to steal my food, + my belongings. Probably close to upwards $1,000.⁰⁰ of food, many not even 18 hours old/New tha purchased with my cash on Debit + my EBT Foodstamp money. Stolen whatever jewelry + cash I had kept out of sight, my good Winter Jackets, New for this winter, Shoes My Daughters Christmas + Birthday Presents.

In Ref: Robin H. White "D" Cause of Action          3/19/26
Thursday
CEASE + Desist          March

~ Cont. Guilt of Kristan— (pgs) (RHW)
Exner-Sullivan—

—Called my Post Master, or walked
into Post Office- New Haven ? ? →
She did a Moving Address Change
on myself, causing my food stamps
to be discontinued + withholding
my left over cash benefit SST DT
after Rent paid, Refusing to pay my
Storage Units. Refusing to give my
Portions of SSIDI Benefit, only
what she wants me to have
like I'm a 5 year old irresponsible child.
I am a 61 yr old Independent
Strong Woman, that's how I was raised
+ Home schooled by Great Grandfather,
my Grandparents, my Father + my
Godmother who was State Police 2nd Troop

In Ref: Robert H. Uhl    (196)    3/19/26

CEASE + DISIST, "D"
Cause of Action

Thursday
"March

(RHW)

~ Because of No Foodstamps
thanks to Kristan Exner, and
her not giving me money when I need
it. I wasn't able to purchase my
Medical Necessities food Supply,
So My M.D., Physician, Dr. Michael
Kane Knew something was wrong with
me on an office Appointment.
He sent me for Labs + was very
Concerned. Results in, he was correct
I became Malnutritioned, cause
was the Result of Kristan Exner:
Neglect.

(RHW)

~ I have Suffered Financial Hardsh
Physical Harm, Psychological Traum
(Compiled my PTSD), Repudation,
References, Credit Destroyed, Independe

In Ref: Robin H. White, pg 7    3/19/26
CEASE & DISIST    "D"    Thursday
Case of    March
Action    (RHW)

~ So in Closing. I'm sorry to have taken so much of your time, except that there is much more Evidence to support my side of these Cases.

~ I have Cell phone - Pictures, Texts, Voicemails, Emails, Phone Calls, etc. To Prove what I say is the Truth.

~ It is sad for me what Society has become. I wasn't Raised like how I've been Mistreated. I have hard copy. black & white, evidence from Property-Manager, Landlord, Case worker, + Housing Director. that proves Insexia has been lying about paying my Rent, certainly NOT on Time like she stated.

(P) Robin H. White                    Cause of Action

v

(D) Kristen Exner Sullivan      "D

The Middletown Police has
been a resource with caseworkers
Sabrina + Erin.
Thanks to Chief Eric Costa-
860-638-4100

(860-349-5800)
Ricky Ramona at Middletown, City Hall
was handling my belongings.
It is the Landlords + Conservators
Obligation to protect my lifes belongings.
The Conservator had a cleaning
company steal my belongings previously.
She was supposed bring me items
today, Thursday 5/14/26,
the day is almost over. I am so
frustrated, I have no medical
Equipment such as my ankle brace
and back brace + neck pillow
I have suffered physical, emotional
because of ms Exner's actions

"D" Cause of Action

I am Logged Electronically with Superior Court ~ E-Services

+
Turbo Court with Probate Court

Ms Exner, has changed phone #'s, addresses & not notified Probate Court or myself

I have so many Hearings Since April of 2028 when Conservator was discussed. I heard Horror Stories my whole life about them, Now I Know it's true. I had the First Conservator Removed within 25 days. But the 2nd Ms Exner is Diabolical to say the least,

*A* Because Kristan Exner as Payee did not pay or give me my SS & DI Benefit Money, I have not been able to pay my Storage Unit in Full.

This the last of my belongings from my Grandparents, my father, & family & my daughter.

4/9/26
_Deb_
Manager

"D"
Cause of Action

## STORAGE
### Rentals of America

127 Main Street
Portland, CT 06480

Phone: 860-905-0080 Email: L209@sroa.com

### Past Due Notice

| Tenant | Robin White | | Notice Date | February 6, 2026 |
| Company | | | Unit Number | 191 |
| Address | 8 Liberty St #309 | | | |
| City, State, Zip | Middletown  CT  06457 | | | |

Kristan Exner has deliberately targeted and sold my belongings from my Apt (NOT PROTECTE

**Dear Tenant:**

This is a reminder that we have not received the rent owed by the1 for Space # 191 **located at 127 Main St., Portland, CT 06480**. You are currently in DEFAULT of your rental agreement with the self storage facility. As provided in your Rental Agreement, a late charge has been added to your account and access to your storage unit will be denied until you become current in your account.  Additional rent and fees will continue to accrue and will be charged against your account until paid in full.

Kristan Exner has LIED TO JUDGE + EVERYONE AT HEARINGS)

You are currently past due as shown below and calculated as follows:

| Date | Description | Charge | Tax | Payment | Balance |
|------|-------------|--------|-----|---------|---------|
| 02/01/2026 | Rent | | 131.00 | 8.32 | 0.00 | 139.32 |
| 02/06/2026 | Late Fee | | 26.20 | 0.00 | 0.00 | 26.20 |

In September, the fee went from $139 to $800 cause I did get my money, Conservator wouldn't pay

Robin H. White
Attorney

**Total Due**

165.52

Please remit payment within 7 days from date of this notice to avoid further charges.

Sincerely,

James Callahan
860-257-1607

Site Manager

James Callahan
860-257-1607

0001532-0004291

PRIVACY - ACT
60 - 350
60 - 373

Bridgeport
Field Office

9f. 30 June
5th

9:30am
Remote to
Remove
Conservator

use → 6135 —
Rescheldule

Appointment
Scheduled w/ Liz

2026

May 7th Thur.

5/7/26

1st Cause
of Action

CT/ Central Behavioral
Health

Monday May 11th
10am w/
Dr. Leedom

for ~

Robin White
Middlesex Hospital N7
28 Cresent Street
Middletown, CT 06457

Intake ✓ Established ✓ Virtual scheldaled

"D" Cause of Action



The Smarter Choice for Care

# M+ Middlesex Health

Middlesex Hospital
28 Crescent Street
MIDDLETOWN, CT 06457
**FACSIMILE TRANSMITTAL SHEET**

| | |
|---|---|
| **TO: Middlesex Judicial District**<br><br>Attn: | **FROM: Julia DeMichele**<br><br>Phone: 860-358-8357 |
| **Patient Name:**<br><br>**Robin White**<br>**DOB: 11/19/1964** | **Date faxed: 3/19/26**<br><br>**Fax #: 860-343-6423** |
| | |
| **Please see attached documents:**<br><br>Patient Appeals | Appeal ⟹ Remove: Kristan Exner Probate Court Docket # |
| **Please see the attached documents.**<br>**Thank you!** | **\* Please call me directly with any questions: 860-358-8357** |
| | |

**CONFIDENTIAL COMMUNICATION** The information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of it without specific written consent of the person to whom it pertains or as otherwise permitted by said law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. If you received this facsimile transmission in error, please notify us immediately at (860)-358-6739 to arrange for its return to us.

(MDX-CV-26-6048291-S) 3/19/26
The Connection Fund v R.W.
\* ↑ Docket # EVICTION PROCEEDINGS \*

In Re: Robert H. White

CEASE & DESIST

pg8    3/19/26
Thursday
March

"D"
Cause of Action    pg4

~ I am about to lose my Apartment
+ what little I have left in
world all because I believe
this Estate cases more about money
Control/Greed/Power than she
cares about other human beings
this has been one of worst, cruelest,
manipulative, abusive situations
I have ever dealt with. These
Conservators have done more to
hurt me than help. Unwilling (Bar
to be honest, kind, helpful.    Assoc)
Please help me to make sure
this does not happen to me again
and frighten some examinations

Per Ref - Robin H. White, Apt #309    (pg 2 of 3)

8 Liberty Street - (Shopping bag (by sink) of snacks + bag of kitten (candy)    RHW    1/16/26

"D" Cause of Action    Please from my Apt 309, ___ Thursday April 2026

Starting in Bathroom, kitchen to Bedroom, I would like all of my cell phones + chargers, all zip lock bags my laptop computer w/charger. my change, money, jewelry, all along kitchen hallway to bedroom, please photograph with cell phone and email to my acct ⇒ bengal20322@gmail.com

I need a pair of shoes for size 9+ wide opening - left heel higher than right (I have one right leg longer than left leg (My ankle lace up Braces) 2 or 3 should be in my Apt.

Please to a thorough job of kitchen cabinets + draws. I need my SSA, DSS, DMV, and Paperwork especially kitchen hallway contents of ziploc bags intact, (Stretch Slacks - pants) T. Shirts

★ My leather jackets, 2 light + dark bombers especially the Blue Embroidered Flowers + Red Embroidered Flowers Black Leather jackets all Black Vail Rider Denim sweat jacket w/hood Black Slacks - Denim · Blue Jeans, underwear + tank tops,

← REMOVE (AT MINIMUM)

→ ( DIFFERENT PAYEE ✱ )
★ IN MY BEST INTEREST

(pg 5)
3/19/26
Wed/Thus
RHW  "On Cause of Action"

✱ REMOVE/REPLACE/DIFFERENT

→ COURT/APPOINTED ATTORNEY IN
★ (MY) BEST INTEREST

★ (NEW BEHAVIORAL HEALTH →(PRESCRIBER) OLAZIPINE RHW
12 NITE
5 mg/d

(PROVIDER) ASSIGNED/CHOSEN (APPLICATION PROGRESSED)  PSYCH MEDS →

(FEMALE PSYCHOLOGIST →(OLAZIPINE 5 (working with clinitials)

(CLINITION-JENNIFER)( 860-996-1569)  CENTRAL M
CT BEHAVIORAL HEALTH => Rocky
HILL, CT.) ↑ PROVIDER / PRESCRIBE

✱( NEW ( PEER SUPPORT ) CARELON

SUPPORTS NAME IS → CORI NEEDLEM

★ →

In Reference Robin H. White  4/17/26
(SROA → Storage Rentals "D" Cause of Action  Friday April
of America, located on  (RHW) 1st  2026
Main St., Portland, CT, 1st right of  pg 1
off Arragoni Bridge → UNIT # 191,  of 3

I, Robin H. White, would like
my Storage Unit Paid in FULL, please
discuss with Regional Manager (Rachael)
Portland Site Manager Debbie, (RHW)
All items I would like to 4/17/26
have my Daughter + my Friend Robin H. White remove
to a new facility along Shore, my (transition)
Daughter can maintain (if I'm still in Middlesex Hospital)
for me and I will pay for (+ Family Items)
move my Apartment Belongings into also
ASAP. I have many Medical Necessities
- items / Equipment + household + personal
items I will need ALL, etc